E-FILED
Monday, 12 March, 2012 02:50:48 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED

MAR 1 8 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NATHANIEL JACKSON )
        Plaintiff )
       )
      vs. )Case No. _____
ALTON ANGUS   Et. AL. )
JOES MATHEWS )
MICHAEL P. MELVIN )
LAWRENCE R. WEINER )
       Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

___

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

      Now comes the plaintiff, NAThANIEL JACKSON , and states as follows:

My current address is: PONTIAC PRISON, 700 WEST LiNCOLN STREET, BOX 99, PONTIAC, ILLINOIS, 61764

The defendant ALTON ANGUS is employed as PSYCHOLOGIST at PONTIAC PRISON

The defendant JOES MATHEWS is employed as A PSYCHIATRIST at PONTIAC PRISON

PAGE 1 OF 10

The defendant _michael P. MELVin_ , is employed as _SUPERintendent_ at _PONTIAC PriSON_

The defendant _Dr. GAriick_ , is employed as _MENTAL HEALTH administrator_ at _PONTIAC PriSON_

(revised 9/96)

The defendant _LAWrENCE R. WEiNER_ , is employed as _THErAPEUTIC SERViCE admission REVIEW committEE_ at _DiXON PriSON mENTAL HEALTH Facility_

Additional defendants and addresses _ON NEXt PAGE_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   (Yes)        No

If yes, please describe

_I mENTioNED this iSSUE iN MY ASSAULT iNJURY LAW SUiT AS A mEANS to Show WHAt MOTiVE EXiStED iN CONNECtiON With thAt cOmPlAiNt._

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                                        Yes        (No)

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

     _____

  2. Court (if federal court, give name of district; if state court, give name of county)

## Additional Defendants and Addresses

The defendant Curt Eubanks, is employeed as a superintendent at Dixon CC Mental Health Facility.

The defendant Andrew Kowalkowski, is employed as a psychtrist at Dixon CC Mental Health Facility

The defendant Jamie Lynn Chess, is employed as a psychiatrist at Dixon CC Mental Health Facility.

## Liability

There are multiple defendants who are liable who will be reviled once that information is reviled to me.



_____

**3. Docket Number/Judge**

_____

**4. Basic claim made**

_____

**5. Disposition** (That is, how did the case end. Was the case dismissed? Was it appealed? Is it        still pending?)

_____

**6. Approximate date of filing of** lawsuit_____

**7. Approximate date of disposition**

_____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

**A. Is there a grievance procedure available at your institution?**  (Yes)        No

**B. Have you filed a grievance concerning the facts relating to this complaint?**  (Yes)

No  ☐  **If your answer is no, explain why not**

_____

_____

**C. Is the grievance process completed?**  (Yes)        No

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

*PAGE 4 OF 10*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

1. Administrative Review Board Responds dated 6-28-2011



PAGE  5   OF  10



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

June 29, 2011

Nathaniel Jackson
Register No. B15383
Dixon Correctional Center

*EXhibit #6-29-2011*

Dear Mr. Jackson:

This is in response to your grievances received on March 31, 2011, regarding staff conduct, property and transfer (Four grievances), which were all alleged to have occurred at Pontiac Correctional Center prior to your transfer to Dixon Correctional Center. This office has determined the issues will be addressed without a formal hearing.

In these four grievances dated in February and March, 2011, you allege Lt. Evans was training new employees and shook down your cell, confiscating publications and "black magazines" without issuing a shakedown slip. You also allege Evans denied you yard. In another grievance you allege your property was packed without you being present, in violation of department rules, on March 7, 2011. In the fourth grievance you state your transfer to "Dixon Mental Health Facility" at Dixon Correctional Center is a form of kidnapping. Reference is invited to grievant's written narratives.

This chairperson contacted Pontiac Correctional Center Internal Affairs staff and relayed your narratives to appropriate investigators. CO Snyder reviewed the issues associated with Pontiac CC staff and interviewed staff accused of misconduct in your various narratives. Your allegations are directly denied by staff and there is not evidence of any improper actions related to your access to yard, or confiscation of property. Agency Mental Health Chief, Dr. Blank has reviewed your records and notes you refused to attend a Placement Review Board Hearing associated with your transfer and concludes your placement at Dixon Correctional Center is in compliance with agency policy.

Based on a total review of all available information, and in accordance with DR504.850, it is the opinion of this office that the grievance has been ruled no merit; therefore no action will be taken. Allegations of staff misconduct are not substantiated.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
S.A. Godinez
Director
PA
7/5/11

cc:   Warden Nedra Chandler, Dixon Correctional Center
       Nathaniel Jackson, Register No. B15383

*PAGE  6  OF  10*



*RIGHTS INDIE THAT 1D CONTINUE TO SURVIVE THIS OF THE COMMANDERS IS A VIOLATION OF MY CIVIL RIGHTS WHERE THE LAW IS CLEAR, AND TO REFUSE TO HOLD A FORMAL HEARING IS A TACTIC USED BY WHITE SUPREMACIST TO KEEP THE TRUTH HIDDEN.*

## STATEMENT OF CLAIM

Place of the occurrence _PONTIAC PRISON to DIXON MENTAL HEALTH FACILITY_

Date of the occurrence _MARCH 7, 2011_

Witnesses to the occurrence _IS MULTIPLE EMPLOYEES NOT DIRECTLY INVOLVED_

State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
   **THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

① ON MARCH 7, 2011, AT PONTIAC PRISON, AND AT THE ORDERS OF ALTON ANGUS, JOES MATHEWS, DR. GARLICK, AND MICHAEL P. MALVIN, I WAS KIDNAPPED AND TAKEN OUT OF THE CUSTODY OF THE PRISONS GENERAL POPULATION ENVIRONMENT BY FORCE AND PLACED IN DIXON CC MENTAL HEALTH FACILITY AND NO PROOF OF A MENTAL ILLNESS IS DOCUMENTED AND PROVEN, AND I DID NOT CONSENT TO MENTAL HEALTH SERVICES OR TREATMENT A DUE PROCESS VIOLATION AND A 5th, 8th, AND 14th AMENDMENT OF THE U.S. CONSTITUTION. SEE (EXHIBITS "A" PAGE 1 through 21

② PURSUANT TO SECTION 415.20 (g), OF THE ILLINOIS DEPARTMENT OF CORRECTIONS ADMINISTRATIVE CODE, AN OFFENDER MUST BE GRAVELY DISABLED TO BE INVOLUNTARILY COMMITTED WHICH STATES THAT, " GRAVELY DISABLED " MEANS A CONDITION IN WHICH AN OFFENDER, AS A RESULT OF A MENTAL ILLNESS OR MENTAL DISORDER: 1) IS IN DANGER OF SERIOUS PHYSICAL HARM RESULTING FROM THE PERSON'S FAILURE TO PROVIDE FOR HIS ESSENTIAL HUMAN NEEDS OF HEALTH OR SAFTY; 2) MANIFESTS SERIOUS DETERIORATION

PAGE  7  OF  10



in routine functioning evidenced by repeated and
escalating loss of cognitive or volitional control over
the person's actions that is likely to seriously
jeopardize his or her health or safety." The Plaintiff
states that, he was never in a gravely disabled
condition or any other condition to be committed
or involuntarily committed to Dixon CC mental
health facility which is a violation of my 5th and
14th amendment of the United States Constitution.
See (Exhibit "B" page 1 through 26

(3) Pursuant to Administrative Directive 04.04.101(7)
(A), it states that, "All mental health services "shall"
be provided on a voluntary basis," and pursuant to
Adm. Directive 04.04.102(F), all emergency mental
health services "shall" be provided on a voluntary
basis". The Plaintiff contends that he did not
consent to mental health service or treatment
which is a violation of my due process, liberty, and
which is the (1st), (5th), and (14th) amendments of
the United States Constitution. See (Exhibits "C" page
1 through 17) and (Exhibits "D" through "P" 165 pages)

(4)  The United States Supreme Court held in
Vitek-v-Jones, 100 s.ct. 1254, "that conviction and
sentencing deprives persons of right to freedom
of confinement." Plaintiff contends that this matter
falls under the continuation doctrine.



(5) The plaintiff has no plan, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive which plaintiff SEEKS.

## RELIEF REQUESTED

Wherefore, plaintiff, Nathaniel Jackson, pray that this court Enter Judgment granting plaintiffs:

(6) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

(7) A preliminary and permanent injunction ordering defendants Alton Angus, Joes Mathews, Dr. Garlick, Machiel P. Malvin and all future Wexford contracting mental health and prison mental health employees to stop stalking and harassing me with that mental health mess and to stop sending me to mental health facilities, units, wings or cells and, to stop sending me call passes to be screened, evaluated or questioned on the matter that all constitutes continuing wrong, continuing harm and continuing tort.



# RELIEF REQUESTED - *CONTINUES*

### (State exactly what relief you want from the court.)

(8) COMPENSATORY DAMAGES IN THE AMOUNT OF $6 MILLION
AND PUNITIVE DAMAGES IN THE AMOUNT OF $7 MILLION.

(9) EACH DEFENDANT TO PAY IN THEIR INDIVIDUAL CAPACITY
$6 MILLION DOLLARS CONPENSATORY DAMAGES AND $7 MILLION
DOLLARS PUNITIVE DAMAGES; AND PLAINTIFF'S COSTS IN THIS
SUIT AND; TO HAVE THE APPROPRIATE CRIMINAL ENFORCEMENT
AUTHORITIES TO CRIMINALLY CHARGE DEFENDANTS FOR
VIOLATING STATE AND FEDERAL CRIMINAL STATUTES, AND ANY
ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND
EQUITABLE.

**JURY DEMAND**          (Yes)          No

**Signed this** _____ **day of** _____ ,
**19** _____ .

*/s/ Nathaniel Jackson #B-15383*

( *Signature of Plaintiff*)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| NATHANIEL JACKSON | B-15383 |
| Address: 700 W. LINCOLN ST, BOX 99 PONTIAC, ILLINOIS, 61764 | Telephone Number: |



IN THE

UNITED STATES DISTRICT COURT CENTRAL DISTRICT

OF ILLINOIS

NATHANIEL JACKSON
Plaintiff/Petitioner

                                        )
                                        )
                                        )
                    Vs.                 )        No._____
                                        )
ALTON ANGUS  Et AL.                     )
Defendant/Respondent                    )

## PROOF/CERTIFICATE OF SERVICE

TO: LISA MADIGAN
ILLinois ATTORNEY GENERAL
100 W. RANDOLPH St, 12th Fl
ChiCAGO, IL, 60601

TO:_____
   _____
   _____
   _____

PLEASE TAKE NOTICE that on __MARCH_____, 20_12_, I placed the
attached or enclosed documents in the institutional mail
at _PONtiAC CC_____ Correctional Center, properly addressed to the
parties listed above for mailing through the United States Postal Service

DATED: _3-    -2012_

/s/ _Nathaniel Jackson_
Name: _NAthANIEL JACKSON_
IDOC#: _B-19383_
Address: _700 W. LINCOLN St_
         _BOX 99_
         _PONtiAC, IL, 61764_

Subscribed and sworn to before me this_____day of _____,20_____.

_____
Notary Public

