UNITED STATES DISTRICT COURT THE CENTRAL DISTRICT OF ILLINOIS

NATHANIEL JACKSON
PLAINTIFF
V.                                    NO. 12-CV-01084
ALTON ANGUS, ET AL.                   MICHAEL M. MIHM
DEFENDANTS                            JUDGE PRESIDING

PLAINTIFF'S MOTION ASKING THE JUDGE TO IMPOSE SANCTIONS AGAINST THE REMAINDER OF THE DEFENDANTS WHO HAS REFUSED TO FILE A MOTION FOR SUMMARY JUDGMENT AS ORDERED BY THE JUDGE SEVERAL MONTHS AGO

NATHANIEL JACKSON #B-15383, pro se, is bringing this motion to ask the Judge to impose sanctions against the remainder of the Defendants who has refused to file a motion for summary judgment in a timely manner as ordered by this court several months ago, and states as follows:

1. Immediately after this court ordered that the defendants judgment on the pleading was denied to be raised in a motion for summary judgment, Andrew Kowalkowski's motion for summary judgment was granted and then Jamie Chess and Jose Mathews filed their motion for summary judgment. The remainder of the defendants are trying to wait until the Judge rule on Chess and Mathews motion which is a tactic used to change their arguments if needed to have their motion for summary judgement granted. To not file their motion in a timely manner without good cause, warrants sanctions.

/S/ Nathaniel Jackson #B-15383
NATHANIEL JACKSON — PLAINTIFF
DANVILLE PRISON
3820 EAST MAIN STREET
DANVILLE, ILLINOIS, 61834

JUNE 22, 2015



IN THE

United States District Court for the Central District of Illinois

Nathaniel Jackson
Plaintiff,

-vs-

Alton Angus, Et Al.
Defendant.

CASE NO. 12-CV-01084

**PROOF/CERTIFICATE OF SERVICE**

TO: Ashley Carter
Assit Attorney General
500 So. Second St
Springfield, IL, 62706

TO: Douglas Bitner
Attorney

Springfield, IL, 627

PLEASE TAKE NOTICE that on June 22, 2015, I have placed the documents listed below in the institutional mail at Danville Correctional Center properly addressed to the parties listed above for mailing through the United States Postal service:

Motion to impose sanctions upon the remainder of the defendants for refusing to file their motion for summary judgment in a timely manner.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare under the penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: June 22, 2015

/s/ Nathaniel Jackson
Name: Nathaniel Jackson
IDOC #: B-15383
Danville Correctional Center
3820 East Main Street
Danville, Illinois 61834