IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

NATHANIEL JACKSON, #B-15383,       )
                                   )
      Plaintiff,                   )
                                   )
-vs-                               )    No. 12-1084
                                   )
ALTON ANGUS, et al.,               )
                                   )
      Defendants.                  )

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, PAT HOBART, GREG KOCHEL, and ADRIAN CORLEY, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, pursuant to Local Rule 12.1, hereby file the instant Answer and Affirmative Defenses pursuant to the Court's Order of July 27, 2015, stating as follows:

### ALLEGATIONS ENUMERATED IN COURT ORDER
### DATED JUNE 13, 2013

1) Pursuant to its merit review of the Complaint under 28 U.S.C. §1915A, the Court finds that Plaintiff states a procedural due process claim against Defendants Angus, Mathews, Garlick, Melvin, Weiner, Eubanks, Kowalkowski, and Chess.

   **ANSWER: Defendants lack knowledge sufficient to admit or deny whether Defendants Angus, Garlick, Melvin, Weiner, and Eubanks violated Plaintiff's procedural due process rights, and further deny any constitutional violation whatsoever. Defendants make no statement on behalf of Defendants Mathews, Kowalkowski, and Chess as they are represented by separate counsel.**

2) Pursuant to its merit review of the Complaint under 28 U.S.C. §1915A, the Court finds that Plaintiff states a retaliation claim against all Defendants.

   **ANSWER: Defendants deny retaliating against Plaintiff, and further deny any constitutional violation whatsoever. Defendants make no statement on behalf of Defendants Mathews, Kowalkowski, and Chess as they are represented by separate counsel.**

3) Pursuant to its merit review of the Complaint under 28 U.S.C. §1915A, the Court finds that Plaintiff states an excessive force claim against Defendants Maier and the Pontiac Correctional Center tac team unit.

**ANSWER: Defendants deny violating Plaintiff's Eighth Amendment Rights, and further deny any constitutional violation whatsoever.**

## JURY DEMANDED

Defendants demand a trial by jury in this matter.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

### 1.   Qualified Immunity

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

### 2.   Sovereign Immunity

Plaintiff's complaint for monetary damages against the Defendants in their official capacity is barred by sovereign immunity.

### 3.   Injunctive Relief Barred

Plaintiff's claim for injunctive relief is barred by the Eleventh Amendment, sovereign immunity, and the Prison Litigation Reform Act (42 U.S.C. § 1997).

### 4. Heck v. Humphrey

To the extent Plaintiff's allegations require the invalidity of any discipline that resulted in the loss of good time credit, these allegations are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

### 5. Statute of Limitations

To the extent that Plaintiff's claims are barred by the statute of limitations, they should be dismissed.

### 6. Res Judicata

Because Plaintiff could have litigated the same issues involved here in a prior action, Plaintiff's suit is barred by the doctrine of res judicata.

Wherefore, for the above and foregoing reasons, Defendants respectfully request that this honorable Court deny Plaintiff's requested relief.

Respectfully Submitted,

PAT HOBART, GREG KOCHEL, and ADRIAN CORLEY,

Defendants,

Ashley B. Carter, #6308718
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
Email: acarter@atg.state.il.us
Of Counsel.

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By: s/Ashley B. Carter
    Ashley B. Carter
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATHANIEL JACKSON, #B-15383, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 12-1084 |
| ALTON ANGUS, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2015, I electronically filed Defendants' *Answer and Affirmative Defenses* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on July 28, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Nathaniel Jackson #B-15383
Danville Correctional Center
3820 East Main Street
Danville, IL 61834

Respectfully submitted,

s/Ashley B. Carter
Ashley B. Carter, #6308718
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
Email: acarter@atg.state.il.us