| | |
|---|---|
| UNITED STATES DISTRICT COURT ) | *Jackson v Angus, et al.* |
| CENTRAL DISTRICT OF ILINOIS ) | Case No. 1:12-cv-1048 |

## DECLARATION

I, Jim Attig, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, that I am competent to testify and would state as follows:

1. I am currently employed as a Correctional Officer in the Internal Affairs Unit at Pontiac Correctional Center ("Pontiac").

2. In performing my duties, among other things, I maintain a thorough knowledge of the operations and record keeping of surveillance video footage at Pontiac.

3. The surveillance video footage attached hereto as Exhibit A is a true and accurate copy of surveillance video footage from Pontiac recorded on July 23, 2012, which has been maintained at Pontiac in the ordinary course of business.

4. I have read the foregoing and affirm that the facts contained herein are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NAUGHT

                                              Jim Attig
                                              Executed on June 18, 2018